IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 OCT -5

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO: 1:05CR246-W |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| WILLIE L. GOSHA | ) | INFORMATION |
| | ) | |
| | ) | |

The United States Attorney charges that:

On or about the 17th of June 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, WILLIE L. GOSHA, did knowingly steal, purloin, conceal and retain, with intent to convert to his use and use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: one (1) pair of Tommy Hilfiger sunglasses in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*[signature]*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*[signature]*
SEAN P. TARANTINO
SPECIAL ASSISTANT U.S. ATTORNEY
IL BAR NO. 6279909
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | AFFIDAVIT |
| DALE COUNTY | ) | |

The undersigned, being duly sworn, deposes and says:

I am a Military Police officer at Fort Rucker, Alabama. Investigation revealed that on June 17, 2005, WILLIE L. GOSHA stole one (1) pair of Tommy Hilfiger sunglasses from building 9214, the Fort Rucker Main Post Exchange (PX), Fort Rucker, Alabama. WILLIE L. GOSHA was observed by Ms. Linda Scott, an employee at the PX, as he walked through the cologne and sunglasses department. Ms. Scott observed WILLIE L. GOSHA select a pair of Tommy Hilfiger sunglasses and remove the price tag. Once WILLIE L. GOSHA removed the price tag, he placed the sunglasses in his pocket so that they would hang on the outside of his shorts. He proceeded to exit the store without rendering proper payment for the property. He was apprehended, taken to the MP station, advised of his rights, which he waived, giving a sworn written statement admitting to the offense. He was further processed and released. The merchandise, valued at $29.95, was returned to AAFES.

Ryan P. Garcia
SPC, MP
U.S. Army

Subscribed and sworn (or affirmed) before me this, the _12_ day of _September_ 2005.

NOTARY PUBLIC
My commission expires: 23 DEC 2006