| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: November 8, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:30 - 10:32 |
| | Tape #5059   1353- 1365 |

☐ **ARRAIGNMENT**  ☐ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:05cr246-W   **DEFENDANT NAME:** Willie L. Gosha (No Appearance)
**AUSA:** Sean Tarantino   **DEFENDANT ATTORNEY:**
Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed.**   ORAL MOTION for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender.  Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☐ **Not Guilty**
   ☐ **Guilty as to:**
      ☐ **Count(s):**
      ☐ **Count(s):**         ☐ **dismissed on oral motion of USA**
               ☐ **to be dismissed at sentencing**
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts** _____.
☐ **CRIMINAL TERM:**   ☐ **WAIVER OF SPEEDY TRIAL** filed.
       **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
      ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
        ☐ Defendant requests time to secure new counsel
\*\* Government's ORAL MOTION to continue arraignment.  Court's ORAL ORDER granting motion.