UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO. 1:05cr246-W |
| V. | ) |
| | ) |
| WILLIE L. GOSHA | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information heretofore filed in the above styled cause to WILLIE L. GOSHA, on the following grounds, to wit: IN THE INTEREST OF JUSTICE WITHOUT PREJUDICE.

Respectfully submitted this the 10th day of January 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Sean P. Tarantino
SEAN P. TARANTINO
IL Bar No.: 6279909
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
(334) 255-9141